UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-76216-JEM |
| | ) | |
| ADRIAN ROBINSON, | ) | CHAPTER 7 |
| | ) | |
|     Debtor. | ) | |
| | ) | |

### APPLICATION TO PAY FUNDS INTO REGISTRY OF COURT

Neil C. Gordon, the Trustee of the named estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $4,536.27, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

| **Name and Last Known Address** | **Amount** |
|---|---|
| Danco Financial<br>PO Box 552<br>Hiram, GA 30141 | $4,536.27 |

ARNALL GOLDEN GREGORY LLP
/s/ Neil C. Gordon
Neil C. Gordon, State Bar No. 302387
Chapter 7 Trustee

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

4923944v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Application to Pay Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

Danco Financial
PO Box 5522
Hiram, GA 30141

Danco Financial
P.O. Box 552
Hiram, GA  30141

Christopher Carouthers
Chris Carouthers & Associates
Suite 131
2250 North Druid Hills Rd.
Atlanta, GA 30329

This _____ day of August, 2012.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee

4923944v1